July 22, 2019

**VIA E-FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

>   RE:   *Pacific Biosciences of California, Inc. v. Oxford Nanopore Tech., Inc.*
>         <u>C.A. Nos. 17-cv-275, -1353-LPS</u>

Dear Chief Judge Stark:

   Pursuant to Your Honor's procedures regarding motions to amend, Plaintiff respectfully requests a teleconference to address the Plaintiff's Motion for Leave to File Amended Complaint (D.I. 267, C.A. No. 17-cv-275-LPS).

>                                             Respectfully submitted,
>
>                                             /s/ Michael J. Farnan
>
>                                             Michael J. Farnan

cc:   Counsel of Record (via E-File)