IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., | ) ) ) |
| Plaintiff, | ) C.A. No. 17-275 (LPS) |
| | ) C.A. No. 17-1353 (LPS) |
| v. | ) |
| | ) REDACTED -- PUBLIC VERSION |
| OXFORD NANOPORE TECHNOLOGIES, INC. and OXFORD NANOPORE TECHNOLOGIES, LTD., | ) ) ) ) |
| Defendants. | ) |

# DECLARATION OF MARTYN ANDREWS

███████████████████████████████████████

■ ███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

■ ████████████████████████████████████████████

███████████████████████████████████████

■ ████████████████████████████████████████████

████████████████████████████████████████████

██████████████████

■ ████████████████████████████████████████████

████████████████████████████████████████████

██████████████████

13062076.1                                1



Executed this 29th day of August, 2019, in Oxford, England.

/s/ Martyn Andrews
Martyn Andrews

Original Filing Date:  August 29, 2019
Redacted Filing Date:  September 5, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 29, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Robert S. Magee, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                              */s/ Jennifer Ying*
                                              Jennifer Ying (#5550)