IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 17-275 (LPS) C.A. No. 17-1353 (LPS) |
| v. | ) ) | |
| OXFORD NANOPORE TECHNOLOGIES, INC. and OXFORD NANOPORE TECHNOLOGIES, LTD., | ) ) ) ) ) | REDACTED - PUBLIC VERSION |
| Defendants. | ) | |

# DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Oxford Nanopore Technologies, Inc. and Oxford Nanopore Technologies, Ltd. (collectively, "ONT") move for summary judgment, as follows:

1. Pursuant to Fed. R. Civ. P. 56, ONT moves for summary judgment of invalidity of U.S. Patent No. 9,678,056.

2. Pursuant to Fed. R. Civ. P. 56, ONT moves for summary judgment of no infringement of U.S. Patent Nos. 9,546,400 and 9,772,323 to the extent the ONT accused products use the ▌▌▌▌▌

3. Pursuant to Fed. R. Civ. P. 56, ONT moves for summary judgment of no infringement of U.S. Patent No. 9,738,929 by ONT's ▌▌▌▌▌ technology.

4. Pursuant to Fed. R. Civ. P. 56, ONT moves for summary judgment that certain prior art references were publicly available under 35 U.S.C. § 102.

The grounds for these motions are set forth in ONT's Opening Brief and accompanying declarations, submitted herewith.

OF COUNSEL:

Stephen M. Hash
Puneet Kohli
Samoneh Kadivar
David Varghese
Jeff Gritton
David B. Weaver
Alexander Piala
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
(512) 322-2642

David G. Wille
Johnson K. Kuncheria
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
(214) 953-6595

Elizabeth Durham Flannery
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1234

November 22, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com
jlyons@mnat.com

*Attorneys for Defendants*

## **RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. LR 7.1.1, counsel for Defendants states that it has conferred with counsel for Plaintiff and that Plaintiff opposes this motion.

>/s/ *Jennifer Ying*
>Jennifer Ying (#5550)

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 22, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Robert S. Magee, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Doug W. McClellan, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1700<br>Houston, TX  77002-2755<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                        */s/ Jennifer Ying*
                                        Jennifer Ying (#5550)